UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

vs.

       Case No. 19- 20186

       HON. ROBERT H. CLELAND

DANA AVOLON McGAUGHY,

       Defendant.
_____/

**ORDER GRANTING EXPARTE MOTION TO APPOINT
UNDER 18 USC §3006A**

This matter comes before the court on William Swor's ExParte Motion to Appoint Counsel for Re-sentencing filed on February 19, 2021.   After review of the motion and brief, the Court will grant the motion. Therefore,

IT IS ORDERED that the Exparte Motion to Withdraw is **GRANTED**.   The Federal Community Defender's Office is directed to appoint William Swor to represent Defendant Dana Avolon McGaughy. Upon the filing of the appearance of the new counsel, a telephonic status conference will be set.

                  S/Robert H. Cleland
                 ROBERT H. CLELAND
                 UNITED STATES DISTRICT JUDGE

Dated:  February 22, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 22, 2021, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522